### JOE PARKS v. STATE.

No. A-4035.     Opinion Filed Aug. 25, 1923.
(217 Pac. 895.)

(Syllabus.)

**Appeal and Error—Dismissal Where Appellant Accepts Parole.** Where a plaintiff in error accepts a parole pending the determination of his appeal, he thereby waives the right to have his appeal determined, and, when the attention of the court shall be called judicially to the fact that a parole has been granted and accepted, the appeal will be dismissed.

Appeal from District Court, Pontotoc County; J. W. Bolen, Judge.

Joe Parks was convicted of rape, and he appeals. Appeal dismissed.

King & Crawford, for plaintiff in error.

George F. Short, Atty. Gen., and Leon S. Hirsch, Asst. Atty. Gen., for the State.

PER CURIAM. This is an appeal from the district court of Pontotoc county, wherein, on the 28th day of January, 1921, plaintiff in error was convicted of the crime of rape and sentenced to serve a term of 8 years' imprisonment in the state penitentiary. From such judgment of conviction, he has appealed to this court.

The Attorney General has filed a motion to dismiss this appeal upon the ground that, on the 5th day of January, 1923, the Honorable J. B. A. Robertson, Governor of the state of Oklahoma, issued a parole to the said Joe Parks for this offense, and that the same has been accepted by him. A copy of the said parole and acceptance of same are attached to the motion to dismiss the appeal. A motion to dismiss this appeal was served, upon counsel for plaintiff in error in the month of April, 1923, and no response has been made thereto.

The motion to dismiss the appeal is sustained upon authority of the following cases: Odom v. State, 8 Okla. Cr. 540, 129 Pac. 445; Ernst v. State, 17 Okla. Cr. 282, 187 Pac. 930; Brown v. State, 16 Okla. Cr. 505, 184 Pac. 912.